IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al.*, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 09 C 5883 |
| vs. ) | |
| ) | JUDGE ROBERT M. DOW, JR. |
| PETERSON WOODWORK COMPANY, ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PETERSON WOODWORK COMPANY, an Illinois corporation, in the total amount of $30,373.96, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,205.00. On September 29, 2009, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lana Miller) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 19, 2009. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\CarpsJ\Peterson Woodwork\motion.pnr.df.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of November 2009:

    Mr. Jay L. Miller, Registered Agent
    Peterson Woodwork Company
    215 S. Northwest Highway, Suite 201A
    Barrington, IL   60010-8301

    Mr. Myles Olsen, Jr.
    337 Oak Grove Circle
    Wauconda, IL   60084


      /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Peterson Woodwork\motion.pnr.df.wpd